UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PUBLIC SCHOOL TEACHERS' PENSION AND
RETIREMENT FUND OF CHICAGO, on behalf of itself
and all others similarly situated,

                            Plaintiffs,

                   - against -                                      Case No. 15-cv-09319 (SAS)

Bank of America Corporation, et al.,

                            Defendants.

## NOTICE OF APPEARANCE

            PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul,

Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel

on behalf of defendants Citigroup, Inc., Citibank, N.A., Citigroup Global Markets Inc.,

and Citigroup Global Markets Limited in the above-captioned case.

Dated:   New York, NY
         December 31, 2015

                                          PAUL, WEISS, RIFKIND, WHARTON &
                                          GARRISON LLP


                                          By:   /s/ William A. Clareman
                                                 William A. Clareman
                                          1285 Avenue of the Americas
                                          New York, NY 10019-6064
                                          (212) 373-3248
                                          wclareman@paulweiss.com

                                          *Attorneys for Defendants Citigroup, Inc.,*
                                          *Citibank, N.A., Citigroup Global Markets Inc.,*
                                          *and Citigroup Global Markets Limited*