UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PUBLIC SCHOOL TEACHERS'           :
PENSION AND RETIREMENT FUND       :
OF CHICAGO,                       :
                                  :
                Plaintiff,        :   Case No. 15-cv-09319 (SAS)
          v.                      :
                                  :
BANK OF AMERICA                   :
CORPORATION, et al.               :
                                  :
                Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants The Goldman Sachs Group, Inc. ("GS Group"), Goldman, Sachs & Co., Goldman Sachs Bank USA, Goldman Sachs Financial Markets, L.P. and Goldman Sachs International, by their undersigned counsel, certify as follows:

GS Group is a corporation organized under the laws of Delaware, and its shares are publicly traded on the New York Stock Exchange. GS Group has no parent corporation, and to the best of GS Group's knowledge, no publicly held company owns 10% or more of the common stock of GS Group. Goldman, Sachs & Co., Goldman Sachs Bank USA, Goldman Sachs Financial Markets, L.P. and Goldman Sachs International are direct or indirect, wholly-owned subsidiaries of GS Group.

Dated: January 5, 2015
　　　　New York, New York

Respectfully submitted,

/s/ Richard C. Pepperman II

| | |
|---|---|
| Richard C. Pepperman II<br>Mark S. Geiger<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br>peppermanr@sullcrom.com<br>geigerm@sullcrom.com | Robert Y. Sperling<br>Joseph L. Motto<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois  60601<br>Tel:  (312) 558-7941<br>Fax:  (312) 558-5700<br>rsperling@winston.com<br>jmotto@winston.com<br><br>Elizabeth P. Papez<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Phone: +1 (202) 282-5000<br>Fax: +1 (202) 282-5100<br>epapez@winston.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Bank USA, Goldman Sachs Financial Markets, L.P. and Goldman Sachs International* |