UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
IN RE:                                                         :
                                                               :    16-MD-2704 (PAE)
INTEREST RATE SWAPS ANTITRUST LITIGATION     :    16-MC-2704 (PAE)
                                                               :
*This Document Relates to All Actions*                         :    ORDER NO. 58
------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

At the initial conference in this multi-district litigation, held on July 26, 2016, the Court advised counsel of its intention, once discovery commenced, to have a monthly telephone conference with counsel. The Court schedules the next such conference for Thursday, March 21, 2019, at 9:00 a.m. The Court directs lead counsel for plaintiffs to provide the Court and the defense with a dial-in number for the call. Although other counsel on the case are of course welcome to audit the call, the Court expects that no more than three lawyers per side will participate on the call. The Court directs that, two days prior to the call, counsel submit a brief joint letter summarizing recent developments in the case and identifying the call participants for each side.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 21, 2019
       New York, New York