UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE:

INTEREST RATE SWAPS ANTITRUST LITIGATION

*This Document Relates to All Actions*
------------------------------------------------------------------X

16-MD-2704 (PAE)
16-MC-2704 (PAE)

ORDER NO. 60

## ORDER RESOLVING DISCOVERY DISPUTE

PAUL A. ENGELMAYER, District Judge:

This Order follows up on yesterday's Opinion and Order, Dkt. 731 in 16-MD-2704, in two non-substantive respects:

1. The Court today will an issue an Amended Opinion and Order to correct an inadvertent error that has been drawn to its attention on page 45 of the decision. On line 18 of that page, the clause "the PFAC's 2013–2016 claims" will be corrected to read "the PFAC's 2008–2012 claims."

2. Yesterday's Opinion and Order neglected to set a deadline for the filing of a Fourth Amended Complaint ("FAC") consistent with the Court's rulings. *See* Dkt. 731 at 65. The Court sets Wednesday, March 20, 2019 as the deadline for filing such a FAC.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 14, 2019
       New York, New York