UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/19
```

------------------------------------------------------------------------ X

IN RE:                                          :

INTEREST RATE SWAPS ANTITRUST LITIGATION   :            16-MD-2704 (PAE)
                                                        16-MC-2704 (PAE)

*This Document Relates to All Actions*          :            ORDER NO. 65

------------------------------------------------------------------------ X

## ORDER RESOLVING DISCOVERY DISPUTE

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the competing letters of defendants and plaintiff trueEX, LLC regarding defendants' request for access to the transcript of the May 24, 2017 deposition of Sunil Hirani, taken in the case of *trueEX, LLC v. MarkitSERV Ltd.*, 17 Civ. 3400 (LKA). *See* Dkt. 756 (defendants' letter); Dkt. 760 (trueEX letter response). The Court has also received, for its *in camera* review, the transcript of that deposition. *See* Dkt. 753.

The Court declines to authorize production of the deposition transcript to the defense. On close review of the transcript, the Court regards it as relatively peripheral to the issues presented in this litigation. The Court is confident that, with the 14 hours of deposition testimony that have been authorized, defendants will be able to fully explore with Mr. Hirani, during his upcoming deposition, any relevant issues presented by the litigation that trueEX initiated against MarkitSERV.

For avoidance of doubt, this Order is not intended, and should not be taken, to restrict the scope of questioning at the upcoming deposition.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: April 1, 2019
       New York, New York