UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>This Document Relates to: All Actions | 16 MD 2704 (JPO) |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion of Kristin Coveney (now Kristin C. Foster) to withdraw as counsel on behalf of UBS AG and UBS Securities LLC, and for Kristin Coveney to be removed from the CM/ECF service list for this matter, is GRANTED.

.

July 24, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge