UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>This Document Relates to:  All Actions | 16 MD 2704 (JPO) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion of David C. Bohan to withdraw as counsel on behalf of UBS AG and UBS Securities LLC, and for David C. Bohan to be removed from the CM/ECF service list for this matter, is GRANTED.

SO ORDERED this 28th day of October 2020 by:

_____
J. PAUL OETKEN
United States District Judge