UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION<br><br>This Document Pertains to:<br><br>*ALL CASES* | MDL No. 2704<br>Master Docket No. 16 MD 2704 (JPO) |

### NOTICE OF WITHDRAWAL OF TARA H. CURTIN AND ORDER

**PLEASE TAKE NOTICE** that the undersigned, Tara H. Curtin of Cahill Gordon & Reindel LLP, hereby requests the Court's leave to withdraw as counsel for Defendants Credit Suisse AG, Credit Suisse Group AG, Credit Suisse Securities (USA) LLC, and Credit Suisse International, (collectively the "Credit Suisse Defendants"), in the above-captioned proceeding.

The requirements of Local Rule 1.4 are met. The reason for this withdrawal is that, as of September 22, 2021, I will no longer be associated with Cahill Gordon & Reindel LLP. Mr. Washer, Mr. Januszewski, Mr. Katz, and Mr. Hall of Cahill Gordon & Reindel LLP, who have also appeared in this case, will continue to be counsel of record for the Credit Suisse Defendants, and accordingly no delay or prejudice to any party will result from my withdrawal.

Dated: September 21, 2021
      New York, New York

                        Respectfully submitted,

                        /s/ Tara H. Curtin
                        Tara H. Curtin
                        **CAHILL GORDON & REINDEL LLP**
                        80 Pine Street
                        New York, New York 10005
                        (212) 701-3000
                        tcurtin@cahill.com

**SO ORDERED**

Dated: September 22, 2021

                                            J. PAUL OETKEN
                                      United States District Judge