UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

INTEREST RATE SWAPS ANTITRUST LITIGATION.

*This Document Relates to All Actions*

16-MD-2704 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has reviewed the parties' competing letters regarding Plaintiffs' motion for leave to re-open discovery for purposes of serving "spoilation-related interrogatories" on JPMorgan. (*See* Dkt. Nos. 985, 986, 990, 991, 994, 996.)

For substantially the reasons outlined in the JPMorgan Defendants' written submission (Dkt. No. 991), the motion for leave to re-open discovery is denied.

The Clerk of Court is directed to close the motions at Docket Numbers 985 and 986.

SO ORDERED.

Dated: June 30, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge