UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: INTEREST RATE SWAPS ANTITRUST LITIGATION.<br><br>*This Document Relates to All Actions* | 16-MD-2704 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The Court hereby schedules a telephone conference on January 10, 2024, at 3:00 p.m. Eastern time.

At the scheduled time, counsel and any interested parties should dial **(888) 557-8511** and enter access code is **9300838**. Members of the public may join but are instructed to place their phones on mute.

Although other counsel in the case are of course welcome to join the conference, the Court expects that no more than three lawyers per side will participate on the conference. The Court directs that, two business days prior to the conference, counsel submit a brief joint letter summarizing the status of the case and each party's proposals for further proceedings and identifying the call participants for each side.

***(The Clerk of Court is directed to enter this order on ECF in 16-MD-2704 as well as in all member and related cases.)***

SO ORDERED.

Dated: December 20, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge