UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

INTEREST RATE SWAPS ANTITRUST LITIGATION

*This Document Relates to All Actions*

16-MD-2704 (JPO)

ORDER NO. 81

J. PAUL OETKEN, District Judge:

As ordered during the telephonic conference held on December 20, 2024, the Platform Plaintiffs' request for a protective order is granted in part and denied in part.

Defendants may proceed with deposing the Platform Plaintiffs' experts before rebuttal reports are due.

Consistent with general practice, however, Defendants will be limited to one deposition of each of Platform Plaintiffs' experts absent a showing of good cause and application to the Court for leave to conduct a second deposition.

The Clerk of Court is directed to enter this order on ECF in 16-MD-2704 as well as in all member and related cases.

SO ORDERED.

Dated: December 20, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge