UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

INTEREST RATE SWAPS ANTITRUST LITIGATION

*This Document Relates to All Actions*

16-MD-2704 (JPO)

ORDER No. 85

J. PAUL OETKEN, District Judge:

In light of the final settlements reached in the Class Actions and approved by the Court on June 17, 2025, the Clerk of Court is directed to **close** the following cases:

- 15-CV-9319: *Public School Teachers' Pension and Retirement Fund of Chicago v. Bank of America Corporation, et al.*
- 16-CV-4005: *Kansas City, Missouri Employees' Retirement System v. Bank of America Corporation, et al.*
- 16-CV-4089: *Genesee County Employees' Retirement System v. Bank of America Corporation, et al.*
- 16-CV-4239: *LD Construction LLC et al. v. Bank of America Corporation, et al.*
- 16-CV-4561: *Harrison County, Mississippi v. Bank of America Corporation, et al.*
- 16-CV-4563: *The City of Philadelphia v. Bank of America Corporation, et al.*
- 16-CV-4566: *Policeman's Annuity and Benefit Fund of Chicago v. Bank of America Corporation, et al.*
- 16-CV-5260: *Triangle T Partners, LLC v. Bank of America Corporation, et al.*

The MDL proceeding (16-MD-2704) will remain **open**, and the following three cases brought by Platform Plaintiffs will remain **open**:

- 16-CV-2858: *Tera Group, Inc., et al. v. Bank of America Corporation, et al.*
- 16-CV-3542: *Javelin Capital Markets LLC, et al. v. Bank of America Corporation, et al.*
- 18-CV-5361: *trueEX LLC v. Bank of America Corporation, et al.*

1

The Clerk of Court is further directed to close the motions at Docket Numbers 1146 and 1150 in 16-MD-2704.

*The Clerk is directed to spread this order to all member cases.*

SO ORDERED.

Dated: July 17, 2025
      New York, New York

_____
J. PAUL OETKEN
United States District Judge