UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

INTEREST RATE SWAPS ANTITRUST
LITIGATION

*This Document Relates to All Actions*

16-MD-2704 (JPO)

ORDER NO. 82

J. PAUL OETKEN, District Judge:

The Court will conduct a final fairness hearing by telephone conference on the settlement of the class actions in this matter on July 16, 2025, at 2:30 p.m. Eastern Time. At the scheduled time, counsel and all interested parties are directed to call (855) 244-8681 and enter attendee ID number 2312 828 7066. Any objecting parties may participate in the hearing and will be given the opportunity to voice their objections.

SO ORDERED.

Dated: February 14, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge